# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SU XIAOLI,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-06100-AH-RAO<br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 2; Respondents' Answer, Dkt. No. 8; Petitioner's Reply, Dkt. No. 9; the November 23, 2026, Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 20; and all of the records and files herein. The parties have notified the Court that they do not object to the Report. Dkt. Nos. 19–20.

Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

IT IS HEREBY ORDERED that:

(1) the Report and Recommendation is accepted and adopted;

(2) the Petition is GRANTED as to Petitioner's procedural due process claim and DENIED as to the remaining claims;

(3) the *ex parte* Application for TRO is DENIED as moot;

(4) Respondents are ORDERED to release Petitioner (A# 242-172-385) immediately and place her on the conditions that existed prior to her current detention;

(5) Respondents are ORDERED to file a compliance report within two (2) court days from the date of this Order; and

(6) Respondents are ENJOINED from further detention of Petitioner absent strict compliance with the requirements of due process and all acceptable statutes and regulations.

DATED: NOVEMBER 24, 2026

Anne Hwang

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE