JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SU XIAOLI, Petitioner, v. JAMES JANECKA, et al., Respondents. | Case No. 5:26-cv-06100-AH-RAO<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED, and this action is closed.

DATED: NOVEMBER 24, 2026

Anne Hwang

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE